**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 00-31459
Summary Calendar

CARLA LEMARIE,

Plaintiff-Appellant,

VERSUS

LONE STAR LIFE INSURANCE COMPANY;
REASSURE AMERICA LIFE INSURANCE COMPANY,

Defendants-Appellees.

Appeal from the United States District Court
For the Eastern District of Louisiana, New Orleans Division

(00-CV-570-K)

July 9, 2001

Before EMILIO M. GARZA, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

For essentially the reasons stated by the District Court in its November 6, 2000 Order, we affirm the judgment of the District Court.

AFFIRMED

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.